IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SARA DEXTER, in her capacity as personal representative of the estate of JOHN GEISS, | 3:09-cv-00493-PK |
| Plaintiff, | ORDER |
| v. | |
| HOMECOMINGS FINANCIAL, L.L.C., CONTRACTORS BONDING AND INSURANCE COMPANY, PLATTE RIVER INSURANCE COMPANY, AND DEUTSCHE BANK COMPANY AMERICAS, as Trustee for RALI Series 2007 HQ6 Trust, | |
| Defendants. | |

///

///

///

ORDER- 1

REDDEN, Judge:

Magistrate Judge Paul Papak issued Findings and Recommendation (#76) on May 4, 2011. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When, as here, no objections are filed, the court is not required to give the record *de novo* review. *Lorin Corp. v. Goto & Co., Ltd.,* 700 F2d 1202, 1206 (9th Cir 1983). *See also Britt v. Simi Valley Unified School Dist.,* 708 F2d 452, 454 (9th Cir 1983). I find no error. Accordingly, I adopt the Findings and Recommendation of Magistrate Judge Paul Papak.

Dexter's motion for attorneys fees and costs (#63) is granted and Dexter is awarded attorney fees in the amount of $18,293.17 and costs in the amount of $1,413.95.

IT IS SO ORDERED.

Dated this 4th day of April, 2012.

/s/ James A. Redden
James A. Redden
United States District Judge

ORDER- 2